# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                           Case Nos.: 3:04cr111/MCR
                                                              3:10cv297/MCR/EMT

BOOKER T. MOHEAD

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 12, 2012. (Doc. 61). Defendant has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The Motion for Postconviction Relief (doc. 60) is **DENIED**.

3. That in the event of an appeal, no certificate of appealability will be issued.

**DONE AND ORDERED** this 7th day of February, 2013.

                                                    s/ *M. Casey Rodgers*
                                                    **M. CASEY RODGERS**
                                                    **CHIEF UNITED STATES DISTRICT JUDGE**